AO 442 (Rev. 12/85) Warrant for Arrest   

RECEIVED
U.S. MARSHAL SERVICE
ALASKA
2006 JUL 20 PM 2: 53

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | **~~SECRET~~** |
| | **WARRANT FOR ARREST** |
| V. | CASE NUMBER: 3:06-CR-00061-02-RRB-JDR |
| GERALD H. DREW | |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest GERALD H. DREW and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XX] Indictment  [] Information  [] Complaint  [] Order of Court  [] Violation Notice  [] Probation Violation Petition

charging him or her with (brief description of offense):

21:846,841(a)(1),(b)(1)(B) & (C) - DRUG CONSPIRACY - Count 1

21:841(a)(1),(b)(1)(B) - DISTRIBUTION OF COCAINE BASE - Count 2

21:841(a)(1),(b)(1)(C) - POSSESSION OF CONTROLLED SUBSTANCES WITH INTENT TO DISTRIBUTE - Count 5

18:924(C)(1)(A)(i) - POSSESSION OF FIREARMS IN FURTHERANCE OF DRUG TRAFFICKING - Count 7
18:924(d)(1) - CRIMINAL FORFEITURE-FIREARMS - Count 8
21:853(A)(1),(2) - CRIMINAL FORFEITURE-CASH - Count 9

| | |
|---|---|
| Ida Romack | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| *redacted signature*   Deputy Clerk | July 20, 2006 at Anchorage, Alaska |
| | Date and Location |
| Bail Fixed at $ to be determined | by Magistrate Judge John D. Roberts |

**RETURN**

7/20/2006    ARRESTED IN ANC
7/27/2006    TFO DEA
             AL KENNEDY               by [signature] SDUSA