MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs   GERALD H. DREW   CASE NO.   3:06-CR-00061-02-RRB
Defendant: X Present    X In Custody

BEFORE THE HONORABLE        PHILIP M. PALLENBERG

DEPUTY CLERK/RECORDER:      CAROLINE EDMISTON

UNITED STATES ATTORNEY:     MIKE BURKE

DEFENDANT'S ATTORNEY:       KEVIN MCCOY, FRIEND OF THE COURT

U.S.P.O.:                   TIM ASTLE

PROCEEDINGS: ARRAIGNMENT OF INDICTMENT Held 07/31/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:31 a.m. court convened.

 X Copy of Indictment given to defendant: read.

 X Defendant advised of general rights, charges and penalties.

 X Continued Arraignment on Indictment/Status of Counsel Hearing/Detention Hearing set for **August 2, 2006 at 2:30 p.m.** before Magistrate Judge Pallenberg.

 X Defendant detained; Order of Temporary Detention FILED.

 X OTHER: Court and counsel heard re defendant's hiring private attorney.

At 11:40 a.m. court adjourned.

DATE:   July 31, 2006        DEPUTY CLERK'S INITIALS:    Ce