LAW OFFICE OF
HERBERT A. VIERGUTZ, P.C.
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Fax: (907) 276-5334

Counsel for Gerald H. Drew

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GERALD H. DREW,<br><br>    Defendant. | Case No. 3:06-CR-00061-02-RRB |

### ENTRY OF APPEARANCE

COMES NOW The Law Office of Herbert A, Viergutz, P.C., and hereby enters this appearance as counsel for Defendant, Gerald H. Drew, in the above captioned action and requests that copies of all pleadings and correspondence in said cause hereafter be served at 1029 West Third Ave., Suite 280, Anchorage, Alaska 99501.

Dated this 1st day of August, 2006.

/s Herbert A. Viergutz

1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334
barmar@gci.net
Alaska Bar No. 8506088

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of this document was served by electronic notification the 1st day of August, 2006, to:

Office of The U.S. Attorney
District of Alaska
222 West 7th Avenue, No. 9  - Room 253
Anchorage, AK 99513-7567

/s Herbert A. Viergutz