```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs. GERALD H. DREW           CASE NO. 3:06-cr-00061-02-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:               PHILIP M. PALLENBERG

DEPUTY CLERK/RECORDER:              APRIL KARPER

UNITED STATES ATTORNEY:             FRANK RUSSO

DEFENDANT'S ATTORNEY:               RONALD OFFRET - APPOINTED

U.S.P.O.:                           PAULA MCCORMICK

PROCEEDINGS: CONTINUED ARRAIGNMENT / DETENTION / STATUS OF
             COUNSEL HEARING HELD AUGUST 2, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

At 2:37 p.m. court convened.

 X Copy of Indictment given to defendant.

 X Financial Affidavit **FILED.**
  X Federal Public Defender to appoint CJA counsel; FPD notified.

 X Pleas: Not Guilty to counts 1, 2, 5, 7, 8, and 9 of the Indictment.

 X Detention not contested. Defendant's detention continued.

 X Order of Detention Pending Trial **FILED**.

 X Pretrial motions due **August 21, 2006** ; Order for the Progression of a Criminal Case with Trial by Jury and Final Pretrial Conference **FILED.**

 X Counsel advised of trial date: **September 11, 2006 at 8:30 a.m.** before U.S. District Judge Ralph R. Beistline. Final Pretrial Conference set for **September 5, 2006 at 8:30 a.m.**

 X OTHER: Court and counsel heard re Mr. Vierqutz filing an entry of appearance; defendant informed the court that he did not retain Mr. Vierqutz as counsel. Parties to meet and confer by **August 8, 2006.**

At 2:44 p.m. court adjourned.

DATE:     August 2, 2006     DEPUTY CLERK'S INITIALS:    amk