Ronald A. Offret
Attorney for Defendant Gerald Drew
AGLIETTI, OFFRET & WOOFTER
733 West 4th Avenue, Suite 206
Anchorage, Alaska 99501
(907) 279-8657 – Telephone
(907) 279-5534 - Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:06-cr-00061 RRB |
| ) | |
| JUANITA HARRIS and ) | |
| GERALD DREW, ) | |
| ) | **MOTION TO CONTINUE TRIAL** |
| ) | **and** |
| ) | **MOTION TO CONTINUE** |
| ) | **PRE-TRIAL DEADLINES** |
| Defendants. ) | |
| _____ ) | |

COMES NOW **RONALD A. OFFRET** of **AGLIETTI, OFFRET & WOOFTER**, CJA counsel for Defendant Gerald Drew, and requests this Court to continue the trial of the above matter and to continue the Pre-trial deadlines previously set in this matter. This motion to continue trial is unopposed by the Government and joined into by the other defendant Juanita Harris.

The case is presently set for trial on 9/11/2006 before the Honorable Ralph R. Beistline, with pretrial motion deadlines etc. set for 8/21/2006. Because of the unexamined discovery and complexity of the case it is impossible for defendant Drew to fully examine and analyze the evidence in a timely matter. It was only recently discovered there were 21 CD's of discoverable material to be examined. Those CD's have been ordered, but not yet received by Counsel for

Defendant Drew.  No meaning decisions can be made until this evidence is examined. Accordingly a continuance of the trial and pre-trial motions is necessary.

The Government, by Assistant US Attorney Frank Russo has indicated he does not oppose such a continuance.  Assistant Federal Public Defender Kevin McCoy, counsel for co-defendant Juanita Harris will join in this motion to continue.  **A period of excludable delay under 18 USC Sec. 3161 (h) may occur as a result of the filing/granting/denying of this motion.**

Dated this 21st day of August, 2006, at Anchorage, Alaska.

AGLIETTI, OFFRET & WOOFTER

_/s/ Ronald A. Offret_
Ronald A. Offret, 7410096
CJA Counsel to Defendant Gerald Drew

Certificate of Service.
Service of this motion is made
Electronically as part of the Court's
ECF program