Ronald A. Offret
Attorney for Defendant Gerald Drew
AGLIETTI, OFFRET & WOOFTER
733 West 4th Avenue, Suite 206
Anchorage, Alaska 99501
(907) 279-8657 – Telephone
(907) 279-5534 - Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                   Plaintiff,         )<br>vs.                                    )<br>                                       )<br>JUANITA HARRIS and                     )<br>GERALD DREW,                           )<br>                                       )<br>                                       )<br>                                       )<br>                   Defendants.         )<br>_____) | No. 3:06-cr-00061 RRB<br><br>**ORDER TO CONTINUE TRIAL<br>   and to CONTINUE<br>PRE-TRIAL DEADLINES** |

This matter having come before the Court on Defendant Gerald Drew's motion to continue trial and pre-trail deadlines, and the Motion being unopposed by the United States of America and being joined in by Co-defendant Juanita Harris and good cause appearing;

IT IS HEREBY, ORDERED,

that the trial date presently set for 9/11/2006 is hereby vacated and will be reset, and all pre-trial deadlines for motions are vacated and will be reset.

Dated: _____                 _____
                                        US District Court Judge Ralph R. Beistline