## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

 USA  v.  HARRIS and DREW 

DATE:   August 21, 2006     CASE NO.   3:06-CR-0061-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **SCHEDULING HEARING**

═══════════════════════════════════════════════════════════

        A hearing on Defendant Drew's Motion to Continue Trial

(Docket 28) will be held on **Wednesday, August 23, 2006, at**

**9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.