Ronald A. Offret
Attorney for Defendant Gerald Drew
AGLIETTI, OFFRET & WOOFTER
733 West 4th Avenue, Suite 206
Anchorage, Alaska 99501
(907) 279-8657 – Telephone
(907) 279-5534 - Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>JUANITA HARRIS and<br>GERALD DREW,<br>    Defendants. | No. 3:06-cr-00061 RRB<br><br><br><br>MOTION TO SURPRESS EVIDENCE<br>AND<br>DISMISS INDICTMENT |

COMES NOW Defendant Gerald Drew, and files this Motion to Suppress the Evidence obtained from the search of his residence at 10270 Tartan Cr. Anchorage, AK, and of his 2001 Dodge Durango. Upon suppression of said evidence Defendant Drew also motions this Court to dismiss the indictment as having been obtained by illegally obtained evidence. The Memorandum filed in support hereof supports this Motion.

There is a period of excludable delay under 18 USC 3161(h) which may occur as a result of the filing/granting/or denying of this motion.

DATED this 18th day of September 2006, at Anchorage, Alaska.

AGLIETTI, OFFRET & WOOFTER
Attorneys for Defendant Gerald Drew

Ronald A. Offret #7410096
733 West 4th Ave. Suite 206
Anchorage, Alaska 99501
(907) 279-8657