Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUANITA MICHELLE HARRIS,<br><br>Defendant. | NO. 3:06-cr-00061-01-RRB<br><br>**JUANITA HARRIS'S JOINDER IN MOTION TO SUPPRESS EVIDENCE DERIVED FROM SEARCH WARRANT NO. 3ANS-06-607-SW** |

Juanita Harris joins in the motion to suppress evidence derived from search warrant No. 3ANS-06-607-SW filed by co-defendant Gerald H. Drew at Docket Nos. 33, 34, and 35. Evidence derived from this search warrant must be suppressed because it was derived in violation of the Fourth Amendment.

This joinder is filed pursuant to Fed.R.Crim.P. 12(b), D.Ak.L.Crim.R. 47.1 and is based upon the Fourth Amendment, the memorandum of law filed herewith, the memoranda of law filed at Docket Nos. 34 and 35, and the Affidavit of Juanita Harris filed herewith.

DATED at Anchorage, Alaska this 20th day of September 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on September 20, 2006,
a copy of *Juanita Harris's Joinder in Motion to Suppress Evidence Derived from Search Warrant No. 3ANS-06-607-SW* was served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

Ronald A. Offret, Esq.
Counsel for Defendant Gerald H. Drew
1029 West Third Avenue, Suite 280
Anchorage, AK 99501

s/Kevin F. McCoy