Ronald A. Offret
Attorney for Defendant Gerald Drew
AGLIETTI, OFFRET & WOOFTER
733 West 4th Avenue, Suite 206
Anchorage, Alaska 99501
(907) 279-8657 – Telephone
(907) 279-5534 - Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00061 RRB |
| Plaintiff, | ) | |
| vs. | ) | AFFIDAVIT OF RONALD A. OFFRET |
| | ) | IN SUPPORT OF |
| JUANITA HARRIS and | ) | REPLY BRIEF |
| GERALD DREW, | ) | |
| Defendants. | ) | |

STATE OF ALASKA      )
                     ) SS:
THIRD JUDICIAL DISTRICT)      Ronald A. Offret first being duly sworn upon oath deposes and states as follows:

1.  I am an attorney licensed to practice law in the State of Alaska, and in the United States District Court for Alaska and have been since 1974.

2.  As an attorney I have undertaken the representation of Gerald Drew, one of the above defentdants.

3.  In researching and preparing the original Motion to Suppress Evidence I went to a public information internet program and within less than 1 minute I found the information on who owned the property at 10270 Tartan Circle Anchorage, Alaska. It was Yong H. Drew, who I know to be the mother of Gerald Drew. I attach the print out of that information.

4.  I also attach utility bills and a phone bill which provide services to that address, all of which are in the name of Yong H. Drew.

Further your affiant sayeth naught.

Ronald A. Offret

Subscribed and Sworn to before me this 26th day of September 2006
Notary Public in and for the State of Alaska

My commissson Expires: 07-12-2010



Aglietti, Offret
& Woofter

733 W 4th Avenue
Suite 206
Anchorage, Alaska
99501

(907) 279-8657
FAX 279-5534

Ina Offret    See Connect Time    logged in    log off    --- Change Location ---

# Anchorage Property

results

Anchorage Property Records (1 record returned)

| Parcel ID/App/Card | Name | Subdivision | Lot/Block | Site Address | Street Name |
|---|---|---|---|---|---|
| 1623209/000/01 | **DREW YONG H** | **INDEPENDENCE PARK #3** | **BLK 6 LT 2D** | **10270** | **TARTAN** |

Ingens™ rev 1.002 © Copyright 1997-2006
Public Knowledge Systems

help on this page - contact information

Ina Offret        See Connect Time        logged in        log off                --- Change Location ---

# Anchorage Property                                                                 detailed report

Parcel ID **001623209**    App **000**    Card **01** of **01**    Street Address **10270 TARTAN CIR**

Landuse **Residential 1-Family**

Property Information

**Vicinity Map**                                    **Detail Map**



**Legal Description**

**INDEPENDENCE PARK #3**

**BLK 6 LT 2D**

Owner

**DREW YONG H**

Address

**7521 BRANCHE DR
ANCHORAGE, AK 99518**



Zoom: In Out    (also see Interactive Map)

| Recorder's Office | Assessed Value | | |
|---|---|---|---|
|  | Land | Building | Total |
| Date **08/17/90** | | | |
| Book **2065** | 2006 **$47,800** | **$111,800** | **$159,600** |
| Page **0000** | 2005 **$43,400** | **$105,600** | **$149,000** |
| Plat **82-61 (link)** | 2004 **$33,000** | **$103,300** | **$136,300** |

Miscellaneous

Blue Book Page **199**    Small Grid **2533**  Large Grid **51107**    Unit        Tax Dist **003**

        Zoning **R3SL**  Living Units **1**       Lot Size **4238**  Ownership **0**  Leasehold **0**

Site Information

Topography **Level**                    Street Type           Traffic **Low**
                                                              Wetlands **Development**

| | | | |
|---|---|---|---|
| Utilities **Public Water** | | Access **Good** | Drainage **Good** |
| Public Sewer **N/A** | | Common Area **0** | |

## Structure Information

| | *Construction* | *Rooms* | *Heating* | *Fireplace* |
|---|---|---|---|---|
| Style | **Townhouse** | Total **7** | Type **Hot Water** | Stacks **0** |
| Ext Wall | **Wood** | Bedroom **3** | System **Central** | Openings **0** |
| | | Rec Room **0** | Fuel **Natural Gas** | Freestand **0** |
| | | Full Bath **2** | | |
| | *Quality* | 1/2 Bath **1** | *Condo* | *Year* |
| Grade | **Average** | Add'l Fixture **0** | Style | Built **1983** |
| Condition | **Normal Wear & Tear** | (not incl. RR or bath) | Floor | Effect **1983** |

Custom Description Fact: **Average**

### Areas

| | | | | |
|---|---|---|---|---|
| Basement **0** | 1st Floor **1,044** | 2nd Floor **0** | Attic **0** | Bsmnt Garage **0** |
| Fin/Bsmnt **0** | 1/2 Floor **0** | 3rd Floor **0** | Recroom **0** | Total Living Area **1,044** |

### Site Information

| Basement | 1st Floor | 2nd Floor | 3rd Floor | Feature Area |
|---|---|---|---|---|
| - | **Wood Deck** | - | - | **182** |
| - | **Attch/Blt-In Garage** | - | - | **253** |
| - | **Cov'rd Open Porch** | - | - | **44** |
| - | **Enclosed Porch** | - | - | **36** |
| - | - | - | - | - |
| - | - | - | - | - |
| - | - | - | - | - |
| - | - | - | - | - |



DISCONNECT NOTICE

September 13, 2006

Yong H Drew
10270 Tartan Cir
Anchorage AK 99507-4435

RE: GCI Account #: 001193666

Dear Customer:

Our records indicate that your account is 47 days past due. If payment is not received by the date indicated below, it may be necessary to interrupt your service. If we are required to interrupt your service you may be responsible for additional charges to reactivate your account.

FINAL PAYMENT DATE:        September 23, 2006

Past Due Amount:           $57.88

If you have any questions, please contact our office at 1-800-880-2738 or 868-2788. Please disregard this notice if payment has been made.

Sincerely,

GCI Collections Department

---

Please return this portion with your payment                           Account #: 001193666



Past Due Amount: $57.88

Amount Paid: _____

Yong H Drew
10270 Tartan Cir
Anchorage AK 99507-4435



**CHUGACH**
**POWERING ALASKA'S FUTURE**

P O BOX 196300
ANCHORAGE, AK 99519-6300
1-907-563-7366  1-800-478-7494
http://www.chugachelectric.com

| Account Number | Due Date | Amount Due | Amount Paid |
|---|---|---|---|
| 195270-001 | 10/09/2006 | 201.39 | |

PLEASE MAKE CHECKS PAYABLE TO CEA
RETURN THIS PORTION WITH YOUR PAYMENT

YONG HAN DREW
10270 TARTAN CIR
ANCHORAGE, AK  99507-4435

MEMBER PHONE #
907-349-6462

ACCOUNT HOLDER SIGNATURE REQUIRED FOR INFORMATION CHANGES

0001952700001  00000020139  8

---

CHUGACH ELECTRIC ASSOCIATION, INC   PO BOX 196300 ANCHORAGE, ALASKA  99519-6300   1-907-563-7366   1-800-478-7494

| BILL DATE | DUE DATE | SERVICE LOCATION # | MEMBER-ACCOUNT # | READ TYPE | RATE |
|---|---|---|---|---|---|
| 09/13/2006 | 10/09/2006 | 2533-48701600 | 195270-001 | COMPANY | 101 |

**SERVICE INFORMATION**

10270 TARTAN CIR
BLK 006 LOT 02D INDEPENDENCE PARK

METER NUMBER  4-17812448
MULTIPLIER       1.0000
CURRENT READ     96115     READ DATE       09/05/2006
PRIOR READ       95387     PRIOR READ DT   08/04/2006
USAGE              728     DAYS OF SERVICE       32

```
BALANCE FORWARD                                        78.14
PAYMENTS                   09/08/2006                 100.00-
RESIDENTIAL CHARGE                                      8.42
KWH                        728 X .0928200 =            67.57
FUEL ADJ                   728 X .0335400 =            24.42
STATE TAX(RCC)             728 X .0003870 =              .28
2%-STATE/MUNI UNDERGROUND COMPLIANCE                    2.01
CONTACT FEE                                            10.00
RETURN CHECK CHARGE                                    17.00
RETURN CHECK                                           90.55
LATE FEE                                                3.00
```

**USAGE COMPARISONS**

| | Days of Service | Total KWH | Average KWH Per Day | Cost Per Day |
|---|---|---|---|---|
| Current Billing Period | 32 | 728 | 22.8 | 3.14 |
| Previous Billing Period | 29 | 538 | 18.6 | 2.63 |
| Same Period Last Year | 32 | 618 | 19.3 | 2.40 |

**ACCOUNT STATUS**

```
Current 1-30  Days                                    201.39
30-60         Days                                       .00
Over 60       Days                                       .00
TOTAL DUE                                             201.39
```

FORM: BL01C

**ENSTAR**
Natural Gas Company

ENSTAR Natural Gas Company
A Division of SEMCO Energy, Inc.
P. O. Box 190288
Anchorage, Alaska 99519-0288

*** Final Bill ***

YONG H DREW
10270 TARTAN CIR
ANCHORAGE  AK      99507-4435

Please make checks payable to: ENSTAR

| AMOUNT DUE | AMOUNT PAID |
|---|---|
| 5.00 | |

| DUE DATE | BILL DATE | ACCOUNT NUMBER |
|---|---|---|
| 10/06/06 | 9/11/06 | 61775-184334 |

IF AMOUNT DUE IS LESS THAN $5.00, PLEASE DEFER PAYMENT UNTIL NEXT MONTH

0006177500184334000005003

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

ENSTAR Natural Gas Company   PO Box 190288   Anchorage Alaska  99519-0288

| CYCLE | ACCOUNT NAME | ACCOUNT NUMBER | FOR SERVICE AT | | | | |
|---|---|---|---|---|---|---|---|
| 13-01 | YONG H DREW | 61775-184334 | 10270 TARTAN CIR | | | | |
| DUE DATE | BILL DATE | METER | READ DATE | DAYS | CURRENT READ | PRIOR READ | DIFFERENCE | MULTIPLIER | TOTAL CCF |
| 10/06/06 | 9/11/06 | 74069 | 8/17/06 | 0 | 2726 | 2726 | 0 | 1.0000 | 0 |

```
                        EXPLANATION                                              AMOUNT

                   *** Final Bill ***        Previous Balance              61.21
                                             Payments                      61.21CR
                                             Adjustments                      .00
                                             Balance Forward                  .00
   Rate class      :    RESIDENTIAL
      Return Check Charge            9/05/06                                 5.00

                                             Total Current Charges          5.00
                                             Balance Forward                 .00
                                             Please Pay Amount Due         5.00
```

Billings are due and payable on the date rendered and delinquent 20 days from date billed.
IF YOU HAVE ANY QUESTIONS CONCERNING THIS BILL, PLEASE CONTACT ONE OF THE OFFICES LISTED ON THE REVERSE SIDE

YON DREW  
10270 TARTAN CIR  
ANCHORAGE, AK 99507-4435

Page 1 of 3  
Account Number      1707827  
Invoice Date        July 23, 2006



## Billing Summary

| | | |
|---|---|---|
| Previous Amount Due | $ 17.88 | |
| Late Payment Charge | 0.16 | |
| **Balance Outstanding** | | 18.04 |
| Taxes and Surcharges | 4.73 | |
| Long Distance and Usage Charges | 50.84 | |
| **Current Billing Total** | | 55.57 |

**Amount Due by August 15, 2006**         $      73.61

Pay your Wireless, DSL, Local, and Long Distance bills on the ACS website. You can use VISA, MasterCard, or an electronic check. Just sign into the ACS website, click, and pay. It's that easy. You only need to register once, and you're set to pay your bill online every month. Log on and sign up today! www.acsalaska.com

Get more bang for your buck! When you sign up for ACS Local and a Wireless plan of 300 minutes or more, you're eligible to join ON ACS. Log on to www.acsalaska.com to find out about all the new benefits of ON ACS.

Check your account balance and pay online



www.acsalaska.com  
Alaska Communications Systems Holdings, INC.  
TIN 91-1921377

Thank you for choosing ACS!

---

Please detach and return with your check made payable to Alaska Communications Systems for the total amount due.



P.O. Box 196666  
Anchorage, AK 99519-6666

Account Number      1707827  
Invoice Date        July 23, 2006

**Total Amount Due by August 15, 2006**         **$ 73.61**

☐ Auto Pay Monthly (Total Due)  
☐ This Month Only $ _____  
Circle One:   VISA    MC  
Card No.: _____  
Exp. Date: _____  
Name on Card: _____  
Signature: _____

#BWNHTJD  
#1707 8270#  
AV 01 003199 69549H 14 A**5DGT

YON DREW  
10270 TARTAN CIR  
ANCHORAGE, AK  99507-4435

00000736120  72300001707827  7000007361

YON DREW

Page 3 of 3
Account Number  1707827
Invoice Date  July 23, 2006


ACS
Alaska Communications Systems

## Taxes and Surcharges

| | |
|---|---|
| Universal Service Fund Surchg. | 2.36 |
| Federal Excise Tax | 1.64 |
| Alaska Universal Service Fund | 0.35 |
| Regulatory Cost Charge | 0.00 |
| RCC - ACS Long Distance | 0.38 |
| **Taxes and Surcharges - Total Charges** | **4.73** |

## ACS Long Distance Call Summary by Plan

| | Calls | Minutes | Charges |
|---|---|---|---|
| **ACS-LD Standard Tariff Rate** | | | |
| State to State Direct | 2 | 114.00 | 22.04 |
| In State Direct | 7 | 432.00 | 28.80 |
| **ACS Long Distance Call Summary by Plan Charges** | **9** | **546.00** | **50.84** |

## ACS Long Distance Call Summary by Number

| | Calls | Minutes | Charges |
|---|---|---|---|
| **State to State Direct** | | | |
| (907) 349-6462 | 2 | 114.00 | 22.04 |
| **In State Direct** | | | |
| (907) 349-6462 | 7 | 432.00 | 28.80 |
| **All ACS Long Distance** | | | |
| (907) 349-6462 | 9 | 546.00 | 50.84 |

## Detail for 0000 ANCHORAGE ST

## Detail for (907) 349-6462

### Long Distance and Usage Charges
### ACS Long Distance, Inc.

| Call # | Date | Time | Called Number | Called Location | Called From | Call Type | Duration | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 6/24/06 | 17:35 | (907) 232-5667 | WASILLA, AK | (907) 349-6462 | Direct Dialed | 1:00 | 0.17 |
| 2 | 6/24/06 | 17:37 | (907) 232-5667 | WASILLA, AK | (907) 349-6462 | Direct Dialed | 1:00 | 0.17 |
| 3 | 6/24/06 | 22:45 | (907) 232-5667 | WASILLA, AK | (907) 349-6462 | Direct Dialed | 14:00 | 1.01 |
| 4 | 6/24/06 | 23:00 | (907) 232-5667 | WASILLA, AK | (907) 349-6462 | Direct Dialed | 1:04:00 | 4.26 |
| 5 | 6/25/06 | 12:11 | (907) 232-5667 | WASILLA, AK | (907) 349-6462 | Direct Dialed | 3:01:00 | 11.87 |
| 6 | 6/25/06 | 03:13 | (907) 232-5667 | WASILLA, AK | (907) 349-6462 | Direct Dialed | 59:00 | 3.94 |
| 7 | 6/27/06 | 01:44 | (907) 232-5667 | WASILLA, AK | (907) 349-6462 | Direct Dialed | 1:52:00 | 7.38 |
| 8 | 6/22/06 | 12:18 | (323) 936-5325 | LOSNGLSD13, CA | (907) 349-6462 | Direct Dialed | 38:00 | 11.02 |
| 9 | 7/1/06 | 21:32 | (951) 304-0759 | MURRIETA, CA | (907) 349-6462 | Direct Dialed | 1:16:00 | 11.02 |

**Subtotal ACS Long Distance, Inc.**   **50.84**
**Long Distance and Usage Charges**   **50.84**

