Ronald A. Offret
Attorney for Defendant Gerald Drew
AGLIETTI, OFFRET & WOOFTER
733 West 4th Avenue, Suite 206
Anchorage, Alaska 99501
(907) 279-8657 – Telephone
(907) 279-5534 - Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br>vs.<br>JUANITA HARRIS and<br>GERALD DREW,<br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:06-cr-00061 RRB<br><br><br><br>**REQUEST FOR A**<br>**FRANKS HEARING** |

COMES NOW Defendant Gerald Drew, and requests this Court for a Franks Hearing under the authority set out in *Franks v. Delaware* 438 U.S. 154 (1978). This requests is make in order to assist this Court in establishing the additional facts necessary to fully, completely and failure decide the Motion to Suppress Evidence presently pending before this Court.

It has come to the attention of the undersigned counsel for Defendant Gerald Drew that additional facts exist which would show that the affidavits used by APD Officer Dorr in his application for a search warrant for 10270 Tartan Circle Anchorage, Alaska were incomplete and or omitted credible evidence which, if presented to a judicial officer, would show there we no probable cause to issue the search warrant defendant Drew's residence at 10270 Tartan Cr. Anchorage, Alaska.

DATED this 27th day of September 2006, at Anchorage, Alaska.

AGLIETTI, OFFRET & WOOFTER
Attorneys for Defendant Gerald Drew

_[signature]_
Ronald A. Offret #7410096
733 West 4th Ave. Suite 206
Anchorage, Alaska 99501
(907) 279-8657