Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUANITA MICHELLE HARRIS,<br><br>Defendant. | NO. 3:06-cr-00061-01-RRB<br><br>**JUANITA HARRIS'S JOINDER IN THE REQUEST FOR FRANKS HEARING** |

Juanita Harris joins in the request for a Franks hearing under *Franks v. Delaware*, 438 U.S. 154 (1978), for the reasons set forth in Mr. Drew's request for a Franks hearing filed at Docket No. 43.

DATED at Anchorage, Alaska this 27th day of September 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:        907-646-3400
Fax:            907-646-3480
E-Mail:       kevin_mccoy@fd.org

<u>Certification</u>:
I certify that on September 27, 2006,
a copy of *Juanita Harris's Joinder*
*in the Request for Franks Hearing*
was served electronically on:

Frank Russo
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

Ronald A. Offret, Esq.
Counsel for Defendant Gerald H. Drew
1029 West Third Avenue, Suite 280
Anchorage, AK 99501


s/Kevin F. McCoy