Ronald A. Offret
Attorney for Defendant Gerald Drew
AGLIETTI, OFFRET & WOOFTER
733 West 4th Avenue, Suite 206
Anchorage, Alaska 99501
(907) 279-8657 – Telephone
(907) 279-5534 - Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>JUANITA HARRIS and<br>GERALD DREW,<br><br>　　　　　　Defendants. | )<br>)<br>) No. 3:06-CR-00061 RRB<br>) DEFENDANT DREW'S<br>) JOINDER TO HARRIS'<br>) SUPPLEMENTAL OFFER<br>) OF PROOF<br>)<br>)<br>) |

COMES NOW DEFENDANT GERALD DREW, through counsel, and joins in the request by Juanita Harris of *Supplemental Offer of Proof re: Franks Hearing Request* October 2, 2006 (Docket No. 46) filed in connection with this case.

In addition to the supplemental offer of proof submitted by Juanita Harris (Docket No. 46), Defendant Drew would submit the following supplemental offer of proof which he believes represents material omissions from the Affidavit by APD Officer Dorr in his application for search warrant 3AN-S06-607SW. These omissions fatally delude the probable cause finding that the search warrant issued for 10270 Tartan Circle was the residence of Juanita Harris.

Officer Dorr failed to submit the following facts which would have lead the Magistrate to conclude that the residence at 10270 Tartan Circle was that of someone other than Juanita Harris.

> At the time the search warrant was executed (several hours after it was issued), a State law enforcement officer was at the residence with APD Officer Dorr for the purpose of arresting Gerald Drew on a bench warrant issued in the State Court Case 3AN-06-2404 CR and listing 10270 Tartan Circle as <u>Drew's address</u>. (emphasis added)

It is believed that this information, along with the additional information that 10270 Tartan Circle was owned by Yong Drew and that all utilities at that address were in the name of Yong Drew would have led the issuing Magistrate to conclude that 10270 Tartan Circle was not the residence of Juanita Harris, but the residence of Gerald Drew. The Affidavit, with these omitted facts, would not give rise to probable cause for its issuance.

Dated at Anchorage, Alaska this 3rd day of October, 2006.

AGLIETTI OFFRET & WOOFTER
Attorneys for Gerald Drew

Ronald A. Offret #7410096
733 West 4th Ave., Suite 206
Anchorage, Alaska 99501
(907) 279-8657

Certification
I certify that on 10/3/2006
A copy of the foregoing document
Was served electronically on:

Frank Russo
Assistant U.S. Attorney
U.S. Attorney's Office
222 W. 7th Avenue #9 Rm. 253
Anchorage AK 99513-7567

Kevin F. McCoy
Assistant Federal Defender
601 W. 5th Avenue #800
Anchorage AK 99501