IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>JUANITA M. HARRIS and<br>GERALD H. DREW,<br><br>     Defendants. | Case No. 3:06-cr-0061-RRB<br><br><br><br>**ORDER DENYING MOTIONS<br>TO SUPPRESS AND DISMISS** |

      Before the Court at Docket 33 is Defendant Drew's Motion to Suppress Evidence and Dismiss Indictment, and at Docket 37 Defendant Harris's Joinder in Motion to Suppress Evidence Derived from Search Warrant No. 3ANS-06-607-SW.  The matter has been thoroughly briefed and an evidentiary hearing was held by the Magistrate Judge.

      On October 4, 2006, the Magistrate Judge entered his Recommendation Regarding Motion to Suppress at Docket 49, in which he recommended that the Motion to Suppress be denied.  Thereafter, both Defendants filed objections which the Magistrate Judge considered.  A Final Recommendation Regarding Motions to Suppress

was filed at Docket 54, in which the Magistrate Judge reaffirmed his earlier recommendation.

The Court has considered all of the above and has again reviewed the affidavit of Officer Dorr. It is clear that, while both parties have standing to pursue this motion, probable cause existed for the issuance of the search warrant in question. There was ample evidence tying drug activities to both the vehicle in question and the Tartan Circle residence. Furthermore, no reasonable basis was established to require a <u>Franks</u> hearing.

Therefore, the Court **ADOPTS** the findings and recommendations of the Magistrate Judge and hereby **DENIES** Defendants' Motions to Suppress at Dockets 33 and 37.

ENTERED this 25th day of October, 2006.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE