UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA   v.  HARRIS and DREW 

DATE:  October 31, 2006     CASE NO.   3:06-CR-0061-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**CHANGING TIME FOR HEARING**

---

Due to an ongoing civil jury trial, the **time** for the final pretrial conference on November 7, 2006, is **changed** from 9:00 a.m. to **8:15 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. CHANGING TIME FOR HEARING