```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs. GERALD H. DREW          CASE NO. 3:06-cr-00061-02-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:            RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES' ATTORNEY:         THOMAS BRADLEY

DEFENDANT'S ATTORNEY:            RONALD OFFRET

U.S.P.O.:                        BARBARA BURTON
```

PROCEEDINGS: FINAL PRETRIAL CONFERENCE HELD NOVEMBER 7, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:23 a.m. court convened.

Court and counsel heard re defendant's oral motion to continue trial; **GRANTED.** Trial by Jury previously set for November 13, 2006 at 8:30 a.m. is **VACATED** and reset to **December 4, 2006 at 8:30 a.m.** Final Pretrial Conference set for **November 14, 2006 at 9:00 a.m.** Court found excludable delay under 18 U.S.C. § 3161 (h)(8)(B)(i).

Court and counsel heard re possible change of plea.

Defendant's detention continued.

At 8:27 a.m. court adjourned.

DATE:    November 7, 2006          DEPUTY CLERK'S INITIALS:   ak