Ronald A. Offret
Attorney for Defendant Gerald Drew
AGLIETTI, OFFRET & WOOFTER
733 West 4th Avenue, Suite 206
Anchorage, Alaska 99501
(907) 279-8657 – Telephone
(907) 279-5534 - Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>              Plaintiff,       )<br>                                                       )<br>vs.                                                 )<br>                                                       )<br>JUANITA HARRIS and              )<br>GERALD DREW,                         )<br>                                                       )<br>              Defendants.      )<br>_____) | No. 3:06-cr-00061 RRB<br><br><br>**NOTICE OF INTENT TO ENTER<br>CONDITIONAL PLEA** |

COMES NOW Defendant GERALD DREW, and hereby advises the Court and Parties of his intent to enter a conditional plea to the charges against him and to preserve his right to appeal the denial of his motion(s) to suppress, motion for a Franks Hearing and any other procedural matter coming to his attention.  This matter is set for a final pre-trial hearing at 9:00AM on November 14 2006.

Dated at Anchorage, Alaska this 13th day of November 2006.

> AGLIETTI OFFRET & WOOFTER
> Attorneys for Gerald Drew
>
> ___/s/ Ronald A. Offret_____
> By Ronald A. Offret aba#7410096
> 733 West 4th Ave., Suite 206
> Anchorage, Ak 99501
> (907) 279-8657

I certify the above document
is being served per ECF system

_/s/ Ronald A. Offret____
Ronald A., Offret