```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA

U.S.A. vs.    GERALD H. DREW        CASE NO. 3:06-CR-00061-02-RRB
Defendant:  X Present    X In Custody

BEFORE THE HONORABLE:            RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:           SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:         FRANK RUSSO

DEFENDANT'S ATTORNEY:            RONALD OFFRET / HERBERT VIERGUTZ

U.S.P.O.:                        BARBARA BURTON

PROCEEDINGS: STATUS CONFERENCE (FINAL PRETRIAL CONFERENCE)
             HELD 11/14/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:02 a.m. court convened.

Court and counsel heard re possible plea agreement.

Court and counsel heard re Entry of Appearance of Mr. Viergutz
filed and Mr. Offret is released as CJA counsel.

Change of Plea Hearing set for 11/28/06 at 3:00 p.m.

At 9:05 a.m. court adjourned.
```

DATE:   November 14, 2006        DEPUTY CLERK'S INITIALS:   SCL