MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __GERALD H. DREW__   CASE NO. 3:06-CR-00061-02-RRB
Defendant: _X_ Present   _X_ In Custody

BEFORE THE HONORABLE:        RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:       SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:     FRANK RUSSO

DEFENDANT'S ATTORNEY:        HERBERT VIERGUTZ

U.S.P.O.:                    BARBARA BURTON

PROCEEDINGS: STATUS CONFERENCE (PROPOSED CHANGE OF PLEA)
HELD 11/28/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:04 p.m. court convened.

Court and counsel heard re defendant's oral motion to continue proceeding; **GRANTED**.

Defendant's detention continued.

Proposed Change of Plea set for **12/01/06 at 11:00 a.m.**

At 3:09 p.m. court adjourned.

DATE:   November 28, 2006       DEPUTY CLERK'S INITIALS:    SCL