MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs __GERALD H. DREW__   CASE NO. __3:06-cr-00061-02-RRB__
Defendant: __X__ Present   __X__ In Custody   ___ On Summons   ___ On Bond

BEFORE THE HONORABLE   __RALPH R. BEISTLINE__

DEPUTY CLERK/RECORDER: ROBIN CARTER/LINDA CHRISTENSEN

UNITED STATES ATTORNEY: __STEPHAN COLLINS/FRANK RUSSO__

DEFENDANT'S ATTORNEY: __HERBERT VIERGUTZ__

U.S.P.O.: __BARB BURTON/PAM SHAW__

PROCEEDINGS: PROPOSED CHANGE OF PLEA HEARING Held 12/1/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Convened at 11:05 a.m.

Court and counsel heard; Plea Agreement not signed.

Court recessed 11:06 a.m. to 11:16 A.M.

Court and counsel heard; Trial by Jury on December 4, 2006 **VACATED**. Proposed Change of Plea Hearing continued to 2:30 p.m.

Court recessed 11:20 a.m. to 2:37 p.m.

X Defendant sworn.

X Defendant advised of general rights

X Defendant advised of charges and penalties.

X Defendant states true name: __same as above__   Age: __24__

X Defendant changed plea(s) to guilty on Counts __1, 2, 5 & 7 and agreed to forfeiture as stated in Counts 8 and 9__

X Court accepted plea(s). X Referred to P.O. for presentence report.

X Imposition of Sentence set for __9:00 a.m. February 13, 2007__

X Defendant's detention continued.

X OTHER: __Acceptance of Plea Agreement deferred pending review of PreSentence Report.__

Adjourned at 3:08 p.m.

DATE: __DECEMBER 1, 2006__   DEPUTY CLERK'S INITIALS: __lc__

05/00