LAW OFFICE OF
HERBERT A. VIERGUTZ, P.C.
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Fax: (907) 276-5334

Counsel for Gerald H. Drew

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GERALD H. DREW,<br><br>    Defendant. | Case No. 3:06-CR-00061 (RRB) |
|---|---|

### NOTICE OF FILING

### POTENTIAL OBJECTIONS TO PRESENTENCING INVESTIGATION REPORT

The undersigned received a draft Pre-sentence Investigation Report on January 10, 2007. However, the interview with Defendant was not conducted until January 19, 2007. The Final Presentence Report is not expected to be issued until January 29, 2007. As a result, the undersigned will forward any Objections/Comments/Corrections to the Pre-sentence Report within a Sentencing Memorandum to be filed subsequent to January 29, 2007.

Dated this 19th day of January, 2007.

/s Herbert A. Viergutz

1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334
barmar@gci.net
Alaska Bar No. 8506088

1
2
3
4  **CERTIFICATE OF SERVICE**
   I HEREBY CERTIFY that a copy of this document
5  was served by electronic notification the
   19th day of January, 2007, to:
6
   Office of The U.S. Attorney
7  District of Alaska
   222 West 7th Avenue, No. 9 - Room 253
8  Anchorage, AK 99513-7567

9  /s Herbert A. Viergutz

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26