LAW OFFICE OF
HERBERT A. VIERGUTZ, P.C.
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Fax: (907) 276-5334

Counsel for Gerald H. Drew

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | |
| GERALD H. DREW, | |
| Defendant. | Case No. 3:06-CR-00061 (RRB) |

**NOTICE OF FILING LETTERS OF SUPPORT**

COMES NOW the Defendant, Gerald H. Drew, through counsel of record, and herein files letters (Exhibit A hereto) of support for consideration by the Court at Sentencing.

Dated this 2nd day of February, 2007.

/s Herbert A. Viergutz
_____
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334
barmar@gci.net
Alaska Bar No. 8506088

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of this document
was served by electronic notification the
2nd day of February, 2007, to:

Office of The U.S. Attorney
District of Alaska
222 West 7th Avenue, No. 9 - Room 253
Anchorage, AK 99513-7567

/s Herbert A. Viergutz