Yong H. Roh
1208 Middlesex Road
Salt Lake City, UT 84123

November 12, 2006

Honorable Judge Veistline
Anchorage, AK

Dear Honorable Judge Veistline:

First of all, I am writing this letter feeling shame and guilt.

I was born in South Korea, and at the age of 23, I married an American.  We lived happily as a couple and were blessed tremendously with God's grace, especially when Gerald was born to us as a gift from God.  God has been good to us, and the life in this beautiful country has been a joy and honor.

However, as never expected, when Gerald was three years old, my husband found someone else and our happy marriage ended in a divorce.  Although we never saw or heard from him, I decided early on, that I would not hold a grudge against him for refusing to support us.

For 15 years I raised Gerald alone and did my best to make a living and to provide for my only child.  I am a woman of small stature but worked hard so that I don't have to live off of the welfare system; at times I worked up to three jobs.

Therefore, now that I look back, I had no time then to pay that much attention to his upbringing.

My son Gerald grew up watching me as a single parent struggling and working all the time to make ends meet.   He was growing up to be the one who worried about and cared so much for me.  In order to comfort me and make me happy, he studied hard and did his best at school becoming an honor student.  He received many certificates of excellence and the like.  Even when he was little, everybody around us frequently complemented of what a good person Gerald was.

The year Gerald turned 18, I remarried my current husband and moved out of the state. He stayed behind in Alaska, and thereon, he began a life on his own.  He was still quite young and I was concerned about him, but because he has always been a good person, I thought he would just do fine.

But it turned out that after I moved away, he struggled and spent much time with friends. He then got together with some people he met to pursue music as a way of living.  During this time, it is apparent that he ran into the wrong people to associate with.

Your honor, after this event of arrest, my son feels tremendous remorse.  Initially he tried



to hide it from me worrying that it will break my heart.  But I did find out later, and I am overwhelmed with grief.  I am so sorry for not having spent enough time with him as he grew up.   My husband is deeply saddened for not brining him with us when we moved.

Your honor, I dare plead with you and ask you.  Please grant him another chance.  Another chance while he is still young  - for him to create a new future filled with goodness.  My focus now will be to render my full cooperation to see that it happens.

Respectfully,


Yong H. Roh

Wae Song
Salmon Chowder
November 5, 2006

Honorable Judge
Anchorage, AK

Dear Honorable Judge

My name is Wae Song.  I own and operate Alaska Salmon Chowder restaurant located on 4th Avenue in Anchorage.

The reason I am writing this letter to you is to discuss a young man named Gerald H. Drew who is 25 years old.

Some years ago, Gerald worked part time at my shop.  During that time, the character, thoughtfulness, and generosity displayed toward others surprised me.  He was an unusually considerate young person in today's world.  Moreover what I cannot forget is something he did after he stopped working at my shop.

Occasionally he and his friends would come to my restaurant for lunch or dinner.  When he comes in, he would go straight to the kitchen first.  He then gather up and take the trash out to the dumpster before heading back to his table.

Why this is so striking is that the way our shop is situated, taking the trash out is a difficult chore – you have to carry the heavy trash along long and narrow stair ways.

Knowing that only ladies work there unless it is during the busy summer tourist time, he would take care of the trash as if it was his job – even when he is there as a customer.

Honorable Judge, I am not related to Gerald in any way.  However, the reason I dare writing to you is because knowing he is probably the most thoughtful person I've ran into in my time as a small business owner is incarcerated, it is heartbreaking.

I respectfully ask that you talk with Gerald and look right into his eyes as you do.  I strongly believe it will help you in deciding the case justly.

Honorable Judge, I do not really know what terrible crime he has committed, but I do know that he is a person of good character.  I dare appeal and ask you – to be lenient with him, allow him to turn his life around, give him a second chance to live his life as a loving and contributing person in the society.

Yours truly,

Wae Song

Key E. Getty, CPA
C/O Mikunda, Cottrell & Co.
3601 C Street, Suite 600
Anchorage, AK 99503

November 12, 2006

Honorable Judge Ralph Veistline
222 W. 7th Avenue, #49
Anchorage, AK 99513-7547

Subject: Gerald H. Drew

Dear Honorable Judge Veistline:

I am writing this letter in hope of shedding more light on who Gerald Drew really is. I feel I know him very well.

I met Gerald and his mother when he was an infant at the military base. I later became friends with his mother, Yong Drew then, who is strikingly gentle and kind.

In 1988, when my husband and I decided to move back to Alaska from New Hampshire, Yong graciously took in our family of three. Gerald then was 7 years old.

I remember clearly even to date, how Gerald was so respectful of my husband and me even after our prolonged stay with them while our house was being built. We stayed with them about six months.

Initially when we decided to take the offer of staying with Yong, I was concerned how Gerald was going to behave toward our little daughter and us. His mom was at work long hours and I had to spend most of the time with him after school.

What I expected was a mischievous, jealous young boy, but I was completely wrong. He was almost always cheerful, gentle and sweet toward our then three year-old daughter as if she was his baby sister. He made us feel as if we were his family. We grew to feel as if he were our son.

During this time we witnessed how caring he was toward his mother as if he was the parent rather than a child, evidence of how a thoughtful person he is.

I truly believe he still is that same kind,. Gentle, and thoughtful person. I feel confident that the leniency, if granted, will not be wasted in vain.

I humbly request and urge you to consider a lighter sentence giving him another chance to rebuild his life while it still is possible as a young person.

Respectfully,

Key E. Getty

Dear Judge

      My name is Jessica Kim I am writing this letter concerning a young man Named "Gerald Drew" Date of Birth Dec 20, 1981.   I used to live in Alaska and I knew him since he was a little boy. His mother and I are very good friends.  We are 100% Korean with very strong cultural background.
I know she instilled this in her son and had a warm heart. As he grew up he had a caring heart for others. The last time I saw him it was this past summer in Anchorage, AK.
He was still very kind to me and seemed very much the same toward people. I know he has a son around 4 years old and he loves him very much. I am writing this letter to you because I found out that he made some serious mistakes in his life and was very shocked.
I don't know how he ended up getting in this kind of trouble but I am hoping that this letter will help make you realize that sometimes young boys make mistakes and don't realize it until something serious happens to them. I believe Gerald is waking up every Morning realizing slowly that he will be missing out alot in his and his sons life.
Please consider his mistakes and give him the benefit of the doubt that he has learned his mistake was unacceptable.  Somewhere in him he knows he disrespected his upbringing but I know that he has it in him to change and be a good citizen. He just needs a second chance to prove himself worthy.  Thank you for taking the time to read this letter.

Jessica Kim