UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA   v.  GERALD H. DREW 

DATE:   February 6, 2007    CASE NO.   3:06-CR-0061-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
                        **RESCHEDULING NOTICE**

---

Due to a judicial scheduling conflict, the sentencing in this matter is **RESCHEDULED** and will be held on **Thursday, February 22, 2007,** at **9:00 a.m.,** in Courtroom 2 in Anchorage, Alaska.

RESCHEDULING NOTICE