LAW OFFICE OF
HERBERT A. VIERGUTZ, P.C.
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Fax: (907) 276-5334

Counsel for Gerald H. Drew

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

GERALD H. DREW,

     Defendant.

Case No. 3:06-CR-00061 (RRB)

### NOTICE OF FILING LETTER OF SUPPORT

     COMES NOW the Defendant, Gerald H. Drew, through counsel of record, and herein files a letter of support from Evergreen Church of Utah (Exhibit A hereto) in support for consideration by the Court at Sentencing.

     Dated this 12th day of February, 2007.

/s Herbert A. Viergutz
_____
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334
barmar@gci.net
Alaska Bar No. 8506088

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of this document
was served by electronic notification the
12th day of February, 2007, to:

Office of The U.S. Attorney
District of Alaska
222 West 7th Avenue, No. 9 - Room 253
Anchorage, AK 99513-7567

/s Herbert A. Viergutz