**Evergreen Church of Utah**
495 E. 4500 S. Suite 225 Salt Lake City, UT 84107
Phone: (801)595-1004, Fax: (801)595-1005

## Petition

Dear Honorable Judge,

   My name is Samuel Roh, and I serve as the pastor at the Evergreen Church of Utah. I have come to write to you out of my sincere feelings of affection and regret for Gerald Drew. I first met Gerald back in 1998, when I was a pastor in Anchorage, Alaska. He was just a young boy of 16 then, and a diligent church member as well. He always came willing to learn and to follow, and respected the elderly members of the church. To this day, I can still remember his eyes: they were so honest, with so much good in them.

Gerald grew up supporting his single mother, who has lived a very hard life. She worked as a needleworker for pay over the twenty years, living for her only son, and he learned a way of life from her persistence. His close relationship with his mother also helped him to sympathize with and to reach out to others who were also going through hardships in life. He never hesitated to offer a hand, especially if it meant someone else could be happy as a result. Many have praised him for his kindness and open heart.

He never missed bible study, and always tried very hard to understand Heavenly Father's words. I know he is a good child by nature, and I treasure the times of faith he has shared with our church and myself. These are the reasons why I am deeply saddened by the news of his violating the law. He left to live on his own when his mother remarried, and still has a lot to learn. I believe he may have just gotten caught up in a spiral of things, and his actions perhaps were a result of increased hanging out with friends, coupled with an unawareness of the law.

Dear Honorable Judge,

As his former Reverend, I have been overcome by sorrow since I learned of Gerald's actions because I was not able to continue leading him on his earlier path. But I believe he has infinite potential to turn around. I beg you to give him a second chance; another chance to start a new life and become the bright light he could be for the community. I truly hope and pray that you will give him the chance to stand upright and follow his dreams.

I hope that you will hear my plea when considering Gerald's case. Thank you so much for reading this.


Rev. Samuel Roh
Evergreen Church, Utah

