Exhibit A

000185



Exhibit A

000188



Exhibit A

000187



Exhibit A

000189



Exhibit A

000190



Exhibit A

000191




Exhibit A

000194