```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA
```

U.S.A. vs. GERALD H. DREW             CASE NO. 3:06-cr-00061-02-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:            RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES' ATTORNEY:         FRANK RUSSO

DEFENDANT'S ATTORNEY:            HERBERT VIERGUTZ

U.S.P.O.:                        PAMELA SHAW

PROCEEDINGS: IMPOSITION OF SENTENCE HELD FEBRUARY 22, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:59 a.m. court convened.

Court and counsel heard re the presentence report.

At 9:01 a.m. court recessed until 9:09 a.m.

 X Notice of Appeal form given to defendant.

 X Court stated findings/reasons pursuant to sentencing
   guidelines.

 X Imprisonment for a period of 130 months. This term consists of
   70 months on each of counts 1, 2, and 5 to run concurrently,
   and 60 months on count 7, to be served consecutively to the
   term on counts 1, 2, and 5.

 X Defendant placed on supervised release for a period of  5
   years under the usual terms and conditions with special
   conditions of supervised release as stated in the judgment.
   This term consists of 4 years on counts 1 and 2, 3 years on
   count 5, and 5 years on count 7, all such terms to run
   concurrently.

 X Special Assessment $ 400.00 , due immediately.

 X Defendant remanded to the custody of the U.S. Marshal.

                        CONTINUED ON PAGE 2

DATE:      February 22, 2007      DEPUTY CLERK'S INITIALS:   amk

```
                    CONTINUATION - PAGE 2
                    U.S.A. vs. GERALD H. DREW
                       3:06-cr-00061-02-RRB
                       IMPOSITION OF SENTENCE
                         February 22, 2007
```
---

 X  OTHER: Court accepted the presentence report. Defendant to forfeit the defendant's interest in the property to the United States as directed; government informed the court they would submit the Final Order of Forfeiture. Court recommended that the defendant participate in the 500 hour drug and alcohol and program and that he receive full benefit from that program. Court recommended that the defendant serve his time at a Facility that has the maximum rehabilitative services available. Appeal rights given. Payment Coupon given to defendant. Court and counsel heard re defendant's oral motion to be allowed to have contact with the co-defendant; **GRANTED**; court instructed no contact would be allowed until after the co-defendant was sentenced.

At 9:55 a.m. court adjourned.

DATE:      February 22, 2007      DEPUTY CLERK'S INITIALS:    amk