IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA



| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                          )<br>          Plaintiff,                     )<br>                                          )<br>                                          )<br> vs.                                      )<br>                                          )<br>                                          )<br> GERALD H. DREW,                          )<br>                                          )<br>          Defendant.            )          | U.S.D.C. Case Number<br>3:06-cr-00061-02-RRB<br><br><br>NOTICE OF APPEAL |

     Notice is hereby given that _____Defendant_____ appeals to the Ninth Circuit Court of Appeals from the:

( X )   Conviction only (Fed. R. Crim. P. 32(b)).

(\_\_\_)   Conviction and sentence.

(\_\_\_)   Sentence only (18 U.S.C. § 3742).

Judgment was entered on this action on: _____.

Sentence imposed: _____.

Transcript required (yes or no): Yes_____. If yes, date ordered or to be ordered: _____2/27/07\_\_\_\_\_ (including arrangements

for payment with court recorder).

Signature: *[signature]*

Date: 2-27-07

(Rev 2/07)