**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**
TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # _____   U.S. District Court # 3:06-cr-00061

Short Case Title  United States of America v. Gerald H. Drew

Date Notice of Appeal Filed by Clerk of District Court  2/27/07

**Section A - To Be completed by Party Ordering Transcript**

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| 9/27/06 | | OTHER Evidentiary Hearing on Motion to Suppress and Denial of Franks Hearing |

(Attach Additional Page for Designations if Necessary)

(X) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

( ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered  2/27/07   Estimated Date for Completion _____

Signature of Attorney  [signature]   Phone Number  276-8010

Address  1029 West Third, Suite 280, Anchorage, AK 99501

**Section B - To Be Completed by Court Reporter**

I, _____, have received this designation.  (
(Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

Approximate Number of Pages _____   Due Date _____

**Section C - To Be Completed by Court Reporter**

Date Transcript Filed _____   Court Reporter's Signature _____

(Trscrpt.des 11/96)