

LAW OFFICE OF
HERBERT A. VIERGUTZ, P.C.
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Fax: (907) 276-5334

Counsel for Gerald H. Drew

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| GERALD H. DREW,<br><br>  Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Appellee. | <br><br><br><br><br><br><br>CA No. 07-30099<br>DC No. 3:06-cr-00061-02-RRB |

### NOTICE OF TRANSCRIPT AVAILABILITY

COMES NOW the Appellant, Gerald Drew, by and through counsel of record, and herein notifies the Court that the transcript designated by Appellant is available at the U.S. District Court Clerk's office, at Docket No. 50.

Dated this 28th day of March, 2007.

_____
Herbert A. Viergutz, Alaska Bar No. 8506088
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334
barmar@gci.net

1

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of this document
was served by mail on this 28th day of March, 2007, to:

Office of The U.S. Attorney
District of Alaska
222 West 7th Avenue, No. 9 - Room 253
Anchorage, AK 99513-7567

U.S. District Court
U.S. Courthouse
222 West 7th Avenue, Box 4, Room 229
Anchorage, AK 99513-7564

_____
Herbert A. Viergutz