UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

**RECEIVED MAR 29 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK**

**07-30099**

**CASE INFORMATION:**
Short Case Title: USA v Harris et al
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Ralph R Beistline  3:06-cr-00061-02-RRB
Date Complaint/Indictment/Petition Filed: 7/19/2006
Date Appealed Order/Judgment *entered*: 2/28/2007
Date NOA *filed*: 3/1/2007

Court Reporter(s) Name and Phone Number: Carolyn Bollman (907) 451-5791

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: _     Date Docket Fee billed: _
Date FP granted: _          Date FP denied: _
Is FP pending? no           Was FP Limited/Revoked?
US Government Appeal?  no
Companion Cases? Please list: _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| Herbert Viergutz | Frank Russo |
| 1029 West Third Ave Ste 280 | 222 W. 7th Ave #9 |
| Anchorage, AK 99501 | Anchorage, AK 99501 |
| (907) 276-8010 | (907) 271-5071 |

X retained   __CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _     Address: _
Custody: _
Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: 3/1/2007    9th Circuit Docket Number: _

Name and phone number of person completing this form: Tina J Grothause
(907) 451-5791