IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>GERALD H. DREW,<br><br>   Defendant. | Case No. 3:06-cr-00061-RRB-2<br><br>**ORDER APPOINTING COUNSEL<br>and SETTING SCHEDULE** |

On May 21, 2008, Gerald H. Drew filed a motion for appointment of counsel for the purposes of re-sentencing under 28 U.S.C. § 3582(c), in light of the new Sentencing Guidelines with respect to "crack" cocaine.[1]

IT IS THEREFORE ORDERED that:

1. Mr. Drew's application for appointment of counsel, at Docket 115, is **GRANTED.** Mary Geddes is appointed to represent Mr. Drew in this matter.

---

[1] *See* Docket Nos. 115, 116; *see also* *Kimbrough v. United States*, 128 S.Ct. 558, 569 (2007), citing Amendments to the Sentencing Guidelines for United States Courts, 72 Fed. Reg. 28571-28572 (2007); *United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c)(2)").

      2.   Counsel for Mr. Drew shall review the record, confer with him, and file a motion under section 3582©, or other appropriate document, by **July 25, 2008**.

      3.   The Government is permitted to file a response within sixty days from the time counsel for Mr. Drew files the motion.

      4.   Counsel for Mr. Drew may file a reply within thirty days of the filing of the response.

      5.   A hearing may be set upon request made after the briefing is complete.

      ENTERED this 23rd day of May, 2008.

                          S/RALPH R. BEISTLINE
                          UNITED STATES DISTRICT COURT JUDGE