Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>GERALD HAN DREW,<br><br>                Defendant. | Case No. 3:06-cr-0061-RRB<br><br>**MOTION FOR ONE-WEEK EXTENSION OF TIME FOR FILING OF MOTION FOR RESENTENCING**<br>**Filed On Shortened Time** |

        Defendant, Gerald Han Drew, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for one additional week in which to file his post-conviction motion for resentencing.  Mr. Drew seeks the benefit of the crack cocaine amendment.  The motion was due today, but counsel has not yet completed her research.  Counsel for Mr. Drew needs the additional time due to the press of business. She apologizes for this delay.  Counsel has attempted to contact Frank Russo, James Barkeley, and their supervisor Karen Loeffler for the government's position on this motion but all have scheduled leave out of the office.

DATED this 25th day of July, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on July 25, 2008, a copy of the
foregoing document, with attachments, was
served electronically on:

Frank V. Russo, Esq.
Asst. U.S. Attorney
U.S. ATTORNEY'S OFFICE
222 W. Seventh Avenue, #9
Anchorage, AK 99513

/s/ Mary C. Geddes