UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>GERALD HAN DREW,<br><br>                Defendant. | Case No. 3:06-cr-0061-RRB<br><br>**PROPOSED ORDER<br>RE: MOTION FOR ONE-WEEK<br>EXTENSION OF TIME FOR FILING OF<br>MOTION FOR RESENTENCING** |

After due consideration of defendant's Motion for A One-Week Extension, filed on Shortened Time, the court GRANTS the motion. The Motion for Resentencing is now due on _____ of _____, 2008.

DATED _____, 2008, in Anchorage, Alaska.

_____
Ralph R. Beistline
United States District Court Judge