Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>GERALD HAN DREW,<br><br>            Defendant. | Case No. 3:06-cr-0061-RRB<br><br>**AFFIDAVIT OF COUNSEL** |

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

      Mary C. Geddes, being first duly sworn upon oath, deposes and states:

      1.    I am the attorney assigned to represent defendant in the above-captioned case.

///

///

///

2.  All the representations contained in the attached motion are true and correct to the best of my knowledge.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

SUBSCRIBED AND SWORN to before me this 25th day of July, 2008.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008

Certification:

I certify that on *, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Frank V. Russo, Esq.
Asst. U.S. Attorney
U.S. ATTORNEY'S OFFICE
222 W. Seventh Avenue, #9
Anchorage, AK 99513

/s/ Mary C. Geddes

*United States v. Gerald Han Drew*
Case No. 3:06-cr-0061-RRB