Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>GERALD HAN DREW,<br><br>                Defendant. | Case No. 3:06-cr-0061-RRB<br><br>**MOTION FOR RE-SENTENCING PURSUANT TO RETROACTIVE CRACK AMENDMENT** |

       Defendant, Gerald Han Drew, by and through counsel Mary C. Geddes, Assistant Federal Defender, respectfully moves this court pursuant to 18 U.S.C. § 3582(c) for an order reducing the term of imprisonment by 13 months based on the retroactive amendment to the crack cocaine guidelines.  The amendment altered the base and total offense levels in this case.

       The defense requests a re-sentencing from the trial court at the earliest possible opportunity.  The defendant is incarcerated in Minnesota; with the permission of the court, he may appear by telephone.

       This motion is supported by the attached memorandum, and certificates received by Mr. Drew.

DATED at Anchorage, Alaska this 30th day of July 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on July 25, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Frank V. Russo, Esq.
James N. Barkeley, Esq.

/s/ Mary C. Geddes