UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>GERALD HAN DREW,<br><br>                Defendant. | Case No. 3:06-cr-0061-RRB<br><br>**PROPOSED<br>ORDER SCHEDULING<br>RE-SENTENCING HEARING** |

       After due consideration of defendant's Motion for Re-Sentencing Pursuant to Retroactive Crack Amendment, a hearing for re-sentencing is set for _____, 2008, at _____ a.m./p.m.

       DATED _____, 2008, in Anchorage, Alaska.

                                                _____<br>
                                                          Ralph R. Beistline<br>
                                         United States District Court Judge