# Official Transcript of GED Tests Results

Issued by
OFFICIAL GED TESTING CENTERS
of the
General Educational Development Testing Service of the American Council on Education
(For additional transcripts, contact the center below.)

**Candidate's Name**
Last: DREW   First: GERALD   Middle Initial: H

Address: P O BOX 500
OXFORD, WI 53952

Phone Number:
Date of Birth: 12/20/1981   Social Security Number (if required): 574902597

Issue Date: 12/22/2007   Reported to: Maine

Test Format: EP

Examiner's Signature: [signature]   Date: 12/22/2007
Center Name: Oxford FCI
Center Identification No.: 9000520712
Phone Number:
Center Address: Education Center
P O Box 500
Oxford, WI 53952

| TEST DATE | TEST FORM | **STANDARD SCORE | PERCENTILE RANK | INDIVIDUAL TEST STANDARD SCORE 200 — 800 | PASS | NON-PASS |
|---|---|---|---|---|---|---|
| Language Arts, Reading | 12/11/2007 | IH | 620 | 88 | | | |
| Language Arts, Writing | 12/11/2007 | IH | 450 | 31 | | | |
| Mathematics | 12/11/2007 | IH | 720 | 99 | | | |
| Science | 12/11/2007 | IH | 570 | 76 | | | |
| Social Studies | 12/11/2007 | IH | 550 | 69 | | | |
| Standard Score Total | | | 2910 | | Below 410 PASSING SCORE Above | | |
| Battery Average | | | 582 | | Below 450 BATTERY PASSING SCORE Above | X | |

*Pass or Non-Pass as determined by jurisdictional policy.

** Standard Score. The scores on this report are the highest scores achieved by the candidate and not necessarily the most recent. If retest scores are lower than scores previously achieved, the retest scores are not reported.

**TOTAL BATTERY**
You have demonstrated the 21st century skills of:
- Communication
- Information processing
- Problem solving
- Higher order thinking skills
in the five test areas (Reading, Writing, Mathematics, Science, and Social Studies) to perform effectively in the workplace or in higher education as the top 20% of traditional high school graduates.

**Language Arts, Reading**
Your score exceeds the GED passing score requirement and the scores of 80% of graduating seniors. You demonstrated superior reading skills in the following areas: comprehending, analyzing, evaluating, and synthesizing workplace and literary texts.

**Language Arts, Writing**
Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: using the elements of standard English to edit workplace and informational documents and to generate well-organized and developed written text.

**Mathematics**
Your score exceeds the GED passing score requirement and the scores of 80% of graduating seniors. You demonstrated superior skill in the following areas: understanding and interpreting mathematical concepts in algebra, data analysis, statistics, geometry, and number operations applied to visual and written text from academic and workplace contexts.

**Science**
Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: understanding, interpreting, and applying concepts of life, earth and space sciences, physics, and chemistry to visual and written text from academic and workplace contexts.

**Social Studies**
Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: geography, economics, and civics concepts and principles to visual and written text from academic and workplace contexts.

GED'S Form 30-10/01







# AFRICAN AMERICAN HISTORY II

## GERALD DREW

THIS CERTIFICATE IS AWARDED FOR SUCCESSFUL COMPLETION IN THE A.C.E. PROGRAM.

*F.C.I. - OXFORD · 2007 · ADULT CONTINUING EDUCATION · EDUCATION DEPARTMENT*

A.C.E. PROGRAM COORDINATOR



# COMMERCIAL DRIVERS LICENSE

## GERALD DREW

I certify Gerald Drew has completed training requirements set forth in the Federal Motor Carrier Safety Regulations for entry level driver training in accordance with 49 CFR 380.503

**Awarded: November 03, 2007**

Training Provider:
Education Department
F.C.I. Oxford
Box 500
Oxford, Wi. 53952

*William S. Tonn*
Program Coordinator
William S. Tonn

# SWAHILI



## GERALD DREW

THIS CERTIFICATE IS AWARDED FOR SUCCESSFUL COMPLETION OF AN ADULT CONTINUING EDUCATION COURSE.



_William L. _____
A.C.E. PROGRAM COORDINATOR



# LIFE SKILLS

## GERALD DREW

THIS CERTIFICATE IS AWARDED
FOR SUCCESSFUL COMPLETION
IN THE A.C.E. PROGRAM.

A.C.E. PROGRAM COORDINATOR

F.C.I. - OXFORD
EDUCATION DEPARTMENT
ADULT CONTINUING EDUCATION
2007

# Certificate of Achievement

This certifies that

Drew 15290-006

has satisfactorily completed

Ceramics 1

Consisting of  21  Hours of Training

This certificate is hereby issued this  24  day of  March , 20 03

D.Decker
Sport Specialist

L.Givens
S.O.R.